UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**
JUN - 8 2015
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

| | |
|---|---|
| WILLIAM H. COLLINGTON, | ) |
| Plaintiff, | ) |
| v. | ) Case: 1:15-cv-00841 |
| | ) Assigned To : Unassigned |
| | ) Assign. Date : 6/8/2015 |
| ALFRED A. OWENS, *et al.*, | ) Description: Pro Se Gen. Civil (F Deck) |
| Defendants. | ) |

## MEMORANDUM OPINION

This matter comes before the Court on review of the plaintiff's application to proceed *in forma pauperis* and *pro se* civil complaint. The application will be granted, and the complaint will be dismissed.

The Court is mindful that complaints filed by *pro se* litigants are held to less stringent standards than those applied to formal pleadings drafted by lawyers. *See Haines v. Kerner*, 404 U.S. 519, 520 (1972). Rule 8(a) of the Federal Rules of Civil Procedure requires that a complaint contain a short and plain statement of the grounds upon which the Court's jurisdiction depends, a short and plain statement of the claim showing that the pleader is entitled to relief, and a demand for judgment for the relief the pleader seeks. Fed. R. Civ. P. 8(a). The purpose of the minimum standard of Rule 8 is to give fair notice to the defendants of the claim being asserted, sufficient to prepare a responsive answer, to prepare an adequate defense and to determine whether the doctrine of *res judicata* applies. *Brown v. Califano*, 75 F.R.D. 497, 498 (D.D.C. 1977).



The complaint appears to either "recit[e] bare legal conclusions with no suggestion of supporting facts, or postulate[] events and circumstances of a wholly fanciful kind." *Crisafi v. Holland*, 655 F.2d 1305, 1307-08 (D.C. Cir. 1981). Furthermore, the complaint neither gives defendants fair notice of the claims against them nor sets forth a clear demand for relief. As drafted, the pleading does not comply with Rule 8(a) and it therefore will be dismissed. An Order consistent with this Memorandum Opinion is issued separately.

_____
United States District Judge

DATE: 5/29/15

2